JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA PECHERSKAYA (SBN 269086)
ppecherskaya@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlaw.com
HAMMONDLAW, P.C.
1829 Reisterstown Rd. Suite 410
Baltimore, MD 21208
(310) 601-6766
(310) 295-2385 (Fax)

*Attorneys for Plaintiffs and Putative Class*

**IT IS SO ORDERED**
*Judge Edward J. Davila*
DATED: 9/9/2015

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID STOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 15-cv-2287 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff David Stock filed his complaint on May 21, 2015. (Dkt. 1). He now intends to pursue his claims as a plaintiff or proposed class member in the consolidated action *In re Intuit Data Litigation*, No. 15-cv-01778-EJD, as ordered by the Court on August 24, 2015 (Dkt. 24).

Accordingly, Plaintiff voluntarily dismisses this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . .").

Plaintiff has conferred with Defendant, and the parties agree that Federal Rule of Civil Procedure 41(d) does not apply under the circumstances of this dismissal.

The Clerk shall close this file.

| | | |
|---|---|---|
| 1 | Dated: September 8, 2015 | Respectfully submitted, |
| 2 | | HAMMONDLAW, P.C. |
| 4 | | By:  /s/ *Julian Hammond* |
| 5 | | Julian Hammond |
| 6 | | 1829 Reisterstown Road, Suite 410<br>Baltimore, MD 21208<br>(310) 601-6766 |
| 7 | | (310) 295-2385 (Fax) |
| 8 | | *Attorneys for Plaintiffs and the Putative Class* |

- 2 -

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
CASE NO. 15-CV-2287